THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Bryan Osborn
 Gilchrist, Appellant.
 
 
 

Appeal from Richland County
 Reginald I. Lloyd, Circuit Court Judge
Unpublished Opinion No.  2007-UP-481
Submitted October 1, 2007  Filed October
 12, 2007
APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Aileen P. Clare, Office of Appellate
 Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General; and Solicitor Warren B. Giese,  all of Columbia,
 for Respondent.
 
 
 

PER CURIAM: 
 Bryan Osborn Gilchrist pled guilty to pointing and presenting a firearm at a
 person.  He received five years, suspended upon two years of probation.  On
 appeal, Gilchrist alleges his sentence is unconstitutionally disproportionate. 
 Gilchrist did not file a pro se brief.  After a thorough review
 of the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN,
 C.J., HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.